# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>Andrea Genesis Cortez<br><br>       Defendant. | Case No.  23-cr-01614-AGS-1<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT |

 Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

  IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

Dated:  8/14/2024

_____
Hon. Jill L. Burkhardt
United States Magistrate Judge